IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NUMBER _____
(TO BE SUPPLIED BY COURT)

Elmer L. Cross, Jr. PLAINTIFF,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 21 2014
JEFFREY P. COLWELL
CLERK

V.

City of Denver,

County of Denver,

Chief District Attorney
Mitchell R. Morrissey Reg. #13784,

Public Defender Nicolas Webber,

Public Defender Alice Norman,

_____,

_____,

_____, Defendant(s).

PRISONER COMPLAINT

# A. PARTIES

1. Elmer Cross, 543723 - DCJ Bx 1108, Denver, Co 80201
   (Plaintiff's Name, ID Number, and mailing address)

2. City of Denver, City Hall, Denver, Co 80201
   (Name, Title, and address of First defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes _X_ No (CHECK ONE).
   Illegal and immoral complicity, willing participation in mass cover-up.

3. County of Denver
   (Name, Title, and address of Second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes _X_ No (CHECK ONE).
   Willing participation and intentional complicity in mass cover-up.

4. Chief District Attorney Mitchell R. Mornissey
   (Name, Title, and address of third defendant)
   201 W. Colfax Ave, Denver, Co 80202

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes _X_ No (CHECK ONE).
   ~~Illegal~~ Complicity in ~~cover-up~~.

5. Public Defender Nicholas Webber
   (Name, Title, and address of fourth defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? _X_ Yes ___ No (CHECK ONE)
   as far as being ~~appointed~~ my public defender.

## B. JURISDICTION

1. I assert jurisdiction over my civil rights (s) claim(s) pursuant to: (check one if applicable)

   __X__ 28 U.S.C. §1343 and 42 U.S.C. §1983 (state prisoners)

   _____ 28 U.S.C. §1331 & Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) Federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any): 

_____

## C. NATURE OF THE CASE

Briefly state the background of your case.

(2006-2014) For the last 7 years, starting in San Francisco, an unknown, unnamed Fed agency has been lacing/poisoning my body and property with genetically modified chemicle compounds that are designed to only cause a reaction with my DNA. Those who lace/poison rub it on their hands like lotion and it spreads but it does not affect them or others who touch it because it is genetically modified. Seven years ago in San Francisco I literally <u>caught</u> an undercover Fed. agent smearing chemicles on the covers of books in my place. Startled, he dropped what look-

## C. "NATURE OF THE CASE"

ed like some sort of vial that bounced under a table. He grabbed it, put it in his pocket and angrily declared: "YOU didn't see that!" His name was Paul and his day cover was as a Proffessor of Accounting (with a PHD) at Golden Gate University. I was targeted by the Feds because of my political and social beliefs. Even though I was working within the delusional framework of the political structure of the U.S.A (ACORN, Pacific Retition, World Wildlife Fund, The New Mexico State House of Representatives in Santa Fe, Barack Obama's first election campaign in Santa Monica and later on, here in Denver I worked on mayor Michael Hancock's election campaign) I am actually a Socialist/Communist. I have no faith whatsoever in Capitalism. They started out lacing/poisoning my doorknobs with chemicals to make me skittish (not paranoid) and frightened while at the same time they had me followed through

## C. "NATURE OF THE CASE"

the gutters of the tenderloin district by some idiotic baffoon who looked almost exactly like George Bush, Jr. (They have also had me followed around by idiotic baffoons who look almost exactly like one of my dead uncles, and like my hero Julian Assange.) They made it clear that my phone line was wiretapped and also that all of my family's phone lines are wiretapped. They started planting subversion (de-faming) against me, spreading my life's details and creating rumors and telling people not to hire me to work a job. (To this day they even plant subversion against me in the recovery/sobriety communities.) Over the last seven years they have escalated with chemicles that make me have severe migrains, make my skin burn, make me lethargic/sedation. (I later learned, in a horriffic twist of irony, that my father, who

## C. "NATURE OF THE CASE"

was a contractor in Santa Fe and Taos had been working with an architect that was introduced to him by his primary investor and that architect turned out to be the husband of Valerie Rumsfeld. Valerie Rumsfeld is the daughter of Donald H. Rumsfeld, the ex-secretary of defense under George Bush, Jr. The Rumsfelds have a family ranch in Taos next to Julia Roberts and my father had no idea who the architect was when he was first introduced to him. On the next day after my father told me what he had found out I was standing at a bus stop in front of Whole Foods in Santa Fe and a woman walked up to me wearing a black t-shirt that had the traditional symbol for poison on it, the skull and crossbones, except instead of a regular skull over the crossbones it had the face

## C. "NATURE OF THE CASE"

of George Bush, Jr. She gave me a free t-shirt and walked away. A few months later in Los Angeles I woke up one morning with a huge dent in my skull and flattening on the back of my skull. To this day my skull continues to collapse and to flatten out. It is true that I was under the care of a chiropractor at the time, which is why those who have been poisoning me for 7 years saw the perfect opportunity to cause severe damage to my skeletal system and of course thinking that it would not look suspicious so they targeted my skull and bones. Later on one of my cousins developed a very, very rare tumor right in between the exact 2 vertabrae that they targeted in my cervical region (neck)-

## C. "NATURE OF THE CASE"

In the last 2 years they have exhibited their inconceivable, unmittigated arrogance and actually have been training and supplying civillians to lace/poison me for them while I am incarcerated. In the Santa Fe County Jail the civillian commissary employees (Jamie) started lacing/poisoning my food orders. Officers (civillian county employees) Vigil, Baca, Blankenship, Hita, Ruben and major Abeyta were picking up cookies and bread off my meal trays knowing that when I swallow the poison it makes the migraines, etc. even worse. The civillian nurse Rebecca and 2 others were lacing my meds in order to make me vomit. The chief psychiatrist, Dr. Fresquez (since retired) told me: "Elmer, I know. I know what they're doing to you and it pisses me off even more than it pisses you off." Eventually 2 nurses (Doris), my public defender,

(Denver Officers Sprock, Perez, Clark, Tilton, Hernandez, Sgt. Telesin, Sgt. Coch, Sgt. Lusk) Officer Needham

# C. "NATURE OF THE CASE"

<u>Damien Horne</u> resigned, the Judge, District Court <u>judge Ellington</u> resigned. <u>All</u> of the Judges (<u>Padilla</u> (Santa Fe), Judge (Judge Rudolph, Denver) <u>Briana Zamora</u> (Albuquerque)) knew that I am beign constantly harassed and assitated not only by Feds/police but also by hundreds if not thousands of sick, twisted, evil civillians that are all part of the Fed/police's campaign of mass, widespread subversion against me. The counselors/social workers (<u>Joni, Rebecca, Lee Swanson</u>) all knew I was beign laced/poisoned. In Albuquerque at MDC (County jail) <u>everyone who worked there</u> knew all about the constant, incessant harrassment/assitation/lacing/poisoning and <u>all</u> the psych. doctors and mental health staff were lying, writing false diagnosis, forcing

## C. "NATURE OF THE CASE"

unnecessary medications on me (even by injection) Dr. Eide, Dr. Hamilton, Dr. Ruzzo, Dr. Russeau (Dr. Ramond, Dr. Sauer), the case managers Lynn, Rebecca, the nurse Tony (and 3 others) were all participating (willingly) and are complicite. The public defender, Patrick Lopez knows I'm beign laced/poisoned. An attorney from the public defender's office was literally "whistling" during court. (Morgan Wood, Morgan Honeycutt) (In Santa Fe the Feds/police put a false jacket on me as a "Whistleblower" and as part of their assitation campaign 15-20 officers started "whistling" constantly 24/7 and of course instigating and encouraging as many inmates as possible to do the same and after I was released the officers/Feds/police made sure that it followed me into the streets of Santa Fe, Albuquerque, Phoenix and Denver. Even in public places I get whistled

C. "NATURE OF THE CASE"

at every city and state I go to. In Phoenix a detective presented a <u>falsified</u> document of extradition that was <u>willingly</u>, <u>intentionaly</u> created by the District Courts of Maricopa County, Bernallillo County, the Phoenix and Albuquerque Police Departments that stated I was wanted in Albuquerque for disorderly conduct so I signed a waiver thinking that I would not be extradited over a petty misdemenor but I was transported back to Albuquerque and discovered I was actually beign charged with a felony. They purposly and deliberatly tricked me into signing a falseified document. In the Maricopa County Jail (Phoenix) I was beign laced / poisoned and also constantly "whistled" at by total strangers. (Dr. Swartz - writing false psych. reports in Albuquerque)

## D. "CAUSE OF ACTION"

1. <u>Claim One</u>: Intentional, willing participation/complicity in cover-up of <u>cruel and unusual punishment</u> (lacings/poisoning-harassment/assassination/defaming by city and county of Denver)

<u>Supporting Facts</u>: (2006-Present)

This evil, diabolical campaign against me <u>is not</u>, because I became a petty shoplifter in order to support a drug habit. It is being waged against me because of my political and social beliefs/activism. I am a Socialist and a Communist. (Paul, Golden Gate Univ.) The same undercover Fed. agent that I <u>caught</u> lacing/poisoning book covers in my place in San Francisco also angrily declared to me that: "It doesn't matter where you go, what city or what state, it will always be the same!" When

D. "CAUSE OF ACTION"

I asked him what would always be the same, he said "The people!" He also told me that "It doesn't matter what you say or what you don't say, or what you do or what you don't do, it will always be the same." Because the municipality and county of Denver oversee the sheriff's Dept., police dept. and county jails where I am being laced/poisoned by officer Stevens and at least 4-5 nurses (civillians) and several other deputies and because ever since I left San Francisco in 2006-2007 the entire legal establishment of Denver is directly involved and willingly participating in the mass, widespread cover-up and willingly pretending that I won't even try to function within the their/"system" or even try to stay clean and sober when in reality I actually worked on the current mayor of Denver

D. "CAUSE OF ACTION"

Michael Hancock's election campaign and when my public defenders in court to community (<u>Alice Norman</u> and <u>Roger Belotti</u> and <u>Judge Barajas</u> and <u>Judge Burd</u> all knew and still know that I was/am beign purposly and deliberatly harrassed and assitated by (feds)/police (and <u>civillians</u>) who all knew that once they finally pushed me over the edge and if I started drinking it would lead to drugs and then shoplifting so that they could arrest me again as part of the feds/police's sick, twisted, diabolical containment/control/subjugation/oppression/harrassment/pattern.

*note (At 1:00 p.m. today (10-15-14) - just now - officer _____ delivered an envelope of legal mail from the District Court laced/poisoned with chemicles that have given me a splitting migraine headache. He "whistled" in my face and laughed sarcastically knowing that he was <u>willingly</u>

D. "CAUSE OF ACTION"

and lacing/poisoning me.) on two occasions undercover Feds/police followed me through the alleys of Capitol Hill laughing/mocking/taunting sarcastically at how they had pushed me over the edge into relapse (drinking) They started a confrontation and arrested me on false, made-up charges (assault) and then they all showed up at court for my arraignment and laughed and mocked me, and also because the chief D.A. mitchell R. Morrissey (reg. #13784) and everyone in his office and my last public defender, Nicolas Webber, and everyone at the public defenders (local busd light rail drivers) are all willingly complicite and because even the Stout St. Clinic and Colorado Coalition for the Homeless, the Denver Public Library, and all manner of other civillians who work for the city and county of Denver have willingly and intentionally been complicite by the code of silence, I am suing the city and county of Denver.

# E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit other than this lawsuit, in any federal or state court while you were incarcerated? X Yes ___ NO (CHECK ONE)
If your answer is "yes", complete this section of the form.

1. Name(s) of defendant(s) in prior lawsuit: Dr. Crum, Nurse Rhonda, Nurse Mark Longale

2. Docket number and court name: 1:14-CV-02805 U.S. Dist Court of Colorado

3. Claims raised in prior lawsuit: willfull, intentional malpractice, intentional participation in Fed/police subversion/harassment

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed? Pending

5. If the prior lawsuit was dismissed, when and why? —

6. Result(s) of any appeal in prior lawsuit: —

# F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined? X Yes ___ NO (CHECK ONE).

2. Did you exhaust available administrative remedies? X Yes ___ NO (check one)
I have filed 30+ grievances and their response has been to escalate.

## G, REQUEST FOR RELIEF

State the relief you are requesting.

Because the <u>entire</u> legal establishment of Denver has for years (2006-present) knowingly and willingly participated or been complicite in the code of silence and chosen to aquiece to pressure and coersion of the Feds/police instead of advocating that if I were not being constantly, purposly harassed, defamed, isolated, ostracized and laced/poisoned and also advocating that the Feds/police stop planting subversion against me even in the recovery/sobriety community(s) so that I could remain clean and sober and attempt to salvage what's left of my health and life and because they have chosen to pretend that they are not aware that I am constantly beign purposly aggitated and stressed into medicating myself (relapse) and also because they have

# 6. REQUEST FOR RELIEF

chosen to go along with the subversion in the sense that the justifications for the Fed/police lacing and poisoning me to purposely and deliberatly cause me physical pain (migraine headaches / burning skin) is because of petty shoplifting or because I'm talking too much when everyone knows is really because I have been targeted because of my Socialist/Communist beliefs for the rest of my life and because thousands of civilians some of whom work for the city and county (Denver Public Library, Stout St. Clinic, local bus and light rail drivers) are not only allowed but actually encouraged and trained in how to cause me misery, I am seeking the resignations, the removal from the Colo. State Bar ass., the arrests, prosecutions and jailings of Public defender Nicolas Webber and Alice Norman and Chief O.A. Mitchell R. Morrissey (Reg.# 13784) and I am also seeking financial DAMAGES of one Hundred million Dollars each from both the City & County of Denver.

# DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this Complaint, and that the information in this Complaint is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

EXECUTED on __10-18-14__
(Date)

_____
(Prisoner's original signature)