**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02872-GPG

ELMER LEE CROSS, JR.,

    Plaintiff,

v.

CITY OF DENVER,
COUNTY OF DENVER,
CHIEF DISTRICT ATTORNEY MITCHELL R. MORRISEY, Reg. # 13784,
PUBLIC DEFENDER NICOLAS WEBBER, and
PUBLIC DEFENDER ALICE NORMA,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On November 25, 2014, the Court granted Plaintiff a second extension of time to file a response in compliance with the October 22 Order Directing Plaintiff to Show Cause why the Complaint and action should not be dismissed as repetitive of *Cross v. Denver Sheriff's Dept., et al,* Civil Action No. 14-cv- 02793-BNB (D. Colo. Oct. 10, 2014). Plaintiff has subsequently filed numerous letters and motions with the Court making multiple requests. (*See* ECF Nos. 19-42). However, none of the letters and motions comply with the Court's orders.

    Plaintiff's request for an extension of time (ECF No. 19) is granted as follows: Plaintiff shall have **up to and including February 10, 2015** to comply with the Court's October 22 Order by filing a response to the Order to Show Cause. Plaintiff is advised that this is his final opportunity to comply with the Court's orders. No further extensions will be granted. Failure to comply within the time allowed will result in dismissal of this action without further notice.

    Plaintiff's numerous requests for miscellaneous court orders (ECF Nos. 22-42) are denied as premature.

    Plaintiff's request for photocopies of the October 22 Order to Show Cause is denied. Photocopies of filings are $.50 per page per copy. If Plaintiff wants a copy of the 5-page October 22 Order, he must pay $2.50 in advance.

    Finally, Plaintiff is delaying the progress of his case by filing unnecessary letters and motions. Plaintiff is directed to cease filing unnecessary papers that only delay the progress of this case. The Court may not respond to any such papers Plaintiff files in the future. In order to pursue his claims in this case, Plaintiff must comply with the

Case 1:14-cv-02872-LTB   Document 43   Filed 01/07/15   USDC Colorado   Page 2 of 2

October 22 Order to Show Cause.

Dated:  January 7, 2015
_____